IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD GLASS,

    Plaintiff,                         No. CIV S-00-0302 DFL JFM P

    vs.

C.A. TERHUNE, et al.,

    Defendants.                  <u>ORDER</u>

        Plaintiff is a state prisoner proceeding pro se with a civil rights complaint. On May 12, 2005, the Ninth Circuit Court of Appeals granted appellants' stipulation to voluntarily dismiss this appeal and awarded plaintiff his costs in an amount not to exceed $200.00. On June 13, 2005, plaintiff filed a motion for sanctions, costs and expenses. Fed. R. Civ. P. 54(d)(1). In light of the above, IT IS HEREBY ORDERED that defendants shall file a response to plaintiff's motion for sanctions within fifteen days from the date of this order. Plaintiff's reply shall be filed fifteen days thereafter.[1]

DATED: July 27, 2005.

                                          UNITED STATES MAGISTRATE JUDGE

/001; glas0302.fb2

---

[1] Plaintiff shall also provide an accounting of his costs expended in litigating the appeal, i.e. filing fees, photocopy fees, etc. Said document shall not exceed two pages in length.