IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD GLASS,

    Plaintiff,                    No. CIV S-00-0302 DFL JFM P

    vs.

C.A. TERHUNE, et al.,

    Defendants.              <u>ORDER</u>

                            /

        On September 12, 2005, plaintiff filed four motions requesting an order directing defendants to provide the court and plaintiff with the current address of certain inmates plaintiff wishes to call as witnesses at trial.[1] Defendants will be directed to respond to these motions.

        Accordingly, IT IS HEREBY ORDERED that defendants' response to the four motions concerning inmate witnesses, filed September 12, 2005, is due not more than twenty-one

---

[1] Although plaintiff did not append a certificate of service to each of these motions, he submitted these motions along with his second revised pretrial statement and motion for appointment of counsel, to which is appended a certificate of service. Because counsel for defendants were provided notices of the motions pertaining to inmate witnesses through CM/ECF, this court will address these motions. However, plaintiff is cautioned that certificates of service must specifically set forth each document he has served on opposing counsel. <u>See</u> Local Rule 5-135(b) and (c).

1

1  days from the date of this order; movant's reply, if any, is due seven days after the response is
2  served. See Local Rule 78-230(m).
3  DATED: September 20, 2005.

UNITED STATES MAGISTRATE JUDGE

/001
glas0302.35

2