IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD G. GLASS,

        Plaintiff,                      No. CIV S-00-0302 DFL JFM P

      vs.

C.A. TERHUNE, et al.,

        Defendants.             <u>ORDER</u>

        Plaintiff is a prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On August 25, 2005, plaintiff filed a request seeking the court's assistance in complying with this court's July 27, 2005 scheduling order. Plaintiff contends that on July 5, 2005, he gave Library Technical Assistant M. Franklin two court documents, a pretrial statement and motion for court-appointed counsel, for photocopying. Plaintiff states that on August 10, 2005, C/O Gomez came to his cell and required plaintiff to sign a photocopy form before Gomez would return plaintiff's legal documents and copies. Plaintiff states that after he signed the form, Gomez kicked a 12 x 10 manilla envelope under plaintiff's door. When plaintiff opened the envelope, it contained his motion, only one copy of the motion and no pretrial statement or copies of his pretrial statement. Plaintiff contends law library officials and correctional officers at Corcoran are deliberately interfering with plaintiff's access to photocopies in an effort to restrict his access to the courts. Specifically, plaintiff contends F/C Lowden, Lt. Ruiz, Sgt. Beer and Sgt.

1

1  Martinez threatened plaintiff with additional punishments and restrictions and "openly admitted
2  that . . . [plaintiff's] pending lawsuits are the reason [plaintiff was] being harassed and denied
3  photocopy service." (Pl.'s Decl. at 3.)  Thus, plaintiff argues that prison employees are retaliating
4  against plaintiff for bringing this action and asks the court to invoke the All Writs Act to require
5  prison officials at CSP-Corcoran to allow plaintiff to photocopy his legal documents.
6  Plaintiff has provided declarations from other inmates confirming this interference with plaintiff's
7  legal materials.
8          On September 15, 2005, plaintiff filed a request for extension of time in which to
9  file his accounting of costs incurred in connection with the appeal in this action based on the
10 denial of photocopies as well as inadequate research and law library time.  Good cause appearing,
11 plaintiff's request for extension of time will be granted.
12         The court notes that plaintiff timely filed his pretrial statement on September 12,
13 2005.  However, inasmuch as it appears plaintiff contends he is still experiencing obstacles which
14 wilfully impede his access to the court, defendants will be required to respond to plaintiff's
15 August 25 request.
16         Accordingly, IT IS ORDERED that:
17         1. Within ten days from the date of this order, defendants shall respond to
18 plaintiff's August 25, 2005 request; and
19         2. Plaintiff is granted an extension of time until September 29, 2005 in which to
20 file his accounting.
21 DATED: September 20, 2005.

UNITED STATES MAGISTRATE JUDGE

/001; glass0302.cop

2