IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD GLASS,

    Plaintiff,                      No. CIV S-00-0302 DFL JFM P

    vs.

C.A. TERHUNE, et al.,

    Defendants.              <u>ORDER</u>

                             /

          On October 27, 2005, defendants filed a motion to reconsider this court's October 14, 2005 order granting plaintiff's request for reimbursement for his costs on appeal. Good cause appearing, defendants' request will be granted. Upon reconsideration, this court finds defendants' objections are well-taken. Plaintiff was represented by counsel on appeal, so any expenses incurred pursuant to Fed. R. App. P. 39(e) must be sought by appellate counsel, not by plaintiff in propria persona. In addition, defendants' appeal was dismissed on May 11, 2005. Plaintiff's cost bill was due within fourteen days from the entry of the appellate court's order. Fed. R. App. P. 39(d). Thus, plaintiff's June 13, 2005 motion for costs, brought by plaintiff in propria persona, was also untimely and will be denied.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' October 27, 2005 request for reconsideration is granted;

2. That portion of the October 14, 2005 order directing defendants to pay plaintiff the sum of $178.50 as reimbursement for his costs on appeal is vacated; and

3. Plaintiff's June 13, 2005 motion for costs on appeal, is denied.

DATED: November 1, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

/001
glas0302.vac