IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD GLASS,

     Plaintiff,                    No. CIV S-00-0302 DFL JFM P

  vs.

C.A. TERHUNE, et al.,

     Defendants.             <u>ORDER</u>

                        /

        Plaintiff has recently filed two requests for extension of time. On November 3, 2005, plaintiff filed a request for an extension of time in which to reply to defendants' opposition to his motions for inmate witnesses. However, on November 2, 2005, this court issued its pretrial order in which it ruled on plaintiff's motions for witnesses; therefore, plaintiff's request for extension will be denied as moot.

        On November 8, 2005, plaintiff filed a request for extension of time in which to respond to defendants' request for reconsideration of this court's October 14, 2005 order. However, on November 2, 2005, defendants' request for reconsideration was granted; thus, plaintiff's request for extension will be denied as moot.

        On October 28, 2005, plaintiff filed a request to allow inmate Anthony Martinez to be called as a witness for trial on behalf of plaintiff and a motion for his attendance at trial.

1

1  However, plaintiff did not provide an affidavit or declaration by inmate Martinez as required by
2  this court's scheduling order.  Plaintiff's request will be denied.
3  　　　　　Accordingly, IT IS HEREBY ORDERED that:
4  　　　　　1.  Plaintiff's November 3, 2005 and November 8, 2005 requests for extension are
5  denied without prejudice (Docket Nos. 220, 221); and
6  　　　　　2.  Plaintiff's October 28, 2005 request and motion are denied.  (Docket Nos. 213,
7  214.)
8  DATED:  November 15, 2005.

　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

/001; glas0302.den1

2