IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD GLASS,

      Plaintiff,                       No. CIV S-00-0302 DFL JFM P

     vs.

C.A. TERHUNE, et al.,

      Defendants.               <u>ORDER</u>

_____/

       Plaintiff has requested an extension of time to file and serve objections to the November 2, 2005 pretrial order. Good cause appearing, IT IS HEREBY ORDERED that:

       1. Plaintiff's November 16, 2005 request for an extension of time is granted; and

       2. Plaintiff shall file his objections to the November 2, 2005 pretrial order within fifteen days from the date of this order.

DATED: November 28, 2005.

                                      UNITED STATES MAGISTRATE JUDGE

/mp:001
glas0302.36(2)