IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD A. GLASS,

      Plaintiff,                    No. CIV S-00-0302 DFL JFM P

   vs.

CAL TERHUNE, et al.,

      Defendants.          <u>ORDER</u>

_____/

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On April 21, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. On May 15, 2006, defendants electronically filed objections to the findings and recommendations. On May 26, 2006, plaintiff filed objections, contending defendants' objections should be disregarded because they were due on May 11, 2006 and were therefore untimely.

      Defendants' objections were untimely filed and will be disregarded.

/////

1

1         The court has reviewed the file and finds the findings and recommendations to be
2 supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY
3 ORDERED that:
4         Accordingly, IT IS HEREBY ORDERED that:
5         1.  The findings and recommendations filed April 21, 2006 are adopted in full;
6 and
7         2.  Defendants' March 24, 2006 motion for stay is denied.
8 DATED: 12/19/2006

                                          DAVID F. LEVI
                                          United States District Judge