IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD A. GLASS,

    Plaintiff,                    No. CIV S-00-0302 DFL JFM P

    vs.

CAL TERHUNE, et al.,

    Defendants.          <u>ORDER</u>

/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action seeking relief under 42 U.S.C. § 1983.  On October 10, 2006, plaintiff filed a motion for subpoena duces tecum, alleging it is necessary for the court to subpoena certain records regarding exhaustion of plaintiff's administrative appeal no. CMF-98-M-0213.  However, the January 14, 2003 findings and recommendations contain a thorough review of the documents pertinent to exhaustion of appeal no. CMF-98-M-0213. (January 14, 2003 Findings & Recommendations at 4-8.) Moreover, on December 21, 2006, the district court denied defendants' motion to stay this case. Thus, plaintiff's motion for subpoena duces tecum will be denied.

        On March 17, 2006 and April 14, 2006, plaintiff filed a motion for a court order requiring defendants to provide plaintiff with the present addresses of prospective witnesses Dr. McRea and Correctional Officer/Sgt. Rubio.  Plaintiff declares that these witnesses refuse to

1

testify voluntarily on plaintiff's behalf and that, given the passage of time, may no longer be employed in the same positions, at the same facility or even in the prison system.  If these witnesses are no longer employed by the California Department of Corrections & Rehabilitation ("CDC-R"), plaintiff asks the court to require defendants to provide these witnesses' forwarding address information so the U.S. Marshal may issue subpoenas for their appearance at trial.

Defendants have filed no objection or response.

Dr. McRea treated plaintiff from December 24, 1997 to June 20, 1998.  Sgt. Rubio was employed at the California Medical Facility in the Investigative Security Unit on December 23, 1997.  Because these events transpired almost ten years ago, plaintiff's requests will be granted.  Defendants will be directed to provide the court with the present work addresses of witnesses Dr. McRea and Sgt. Rubio or, if they are no longer employed with the CDC-R, their last known forwarding addresses.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's October 10, 2006 motion for subpoena duces tecum is denied.

2. Plaintiff's March 17, 2006 and April 14, 2006 requests are granted.

3. Within forty-five days from the date of this order, counsel for defendants shall provide the court with the information necessary to subpoena witnesses Dr. McRea and Sgt. Rubio for trial, as described above.

DATED:  January 4, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

/001;glas0302.subp

2