IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD GLASS,

    Plaintiff,                            No. CIV S-00-0302 DFL JFM P

    vs.

CAL TERHUNE, et al.,

    Defendants.                       ORDER

_____/

        On March 27, 2006,[1] plaintiff filed a request for reconsideration of the magistrate judge's order filed March 8, 2006, removing Dr. Sakamoto from plaintiff's witness list, overruling plaintiff's objection to allow Linda Melching to testify, and designating Dr. Yee and Sterling O'Ran to testify for defendants as expert witnesses, but not to designate an impartial expert for plaintiff. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

---

[1] The certificate of service accompanying plaintiff's request is dated March 18, 2006. The Supreme Court has held that the situation of pro se prisoners seeking to meet court deadlines is unique and that therefore a document may be "filed" on the date that it is given by an inmate to prison authorities for mailing. Houston v. Lack, 487 U.S. 266, 270-72, 275 (1988). Plaintiff's request is therefore timely filed.

Therefore, IT IS HEREBY ORDERED that:

1. Plaintiff's March 27, 2006 request for reconsideration is granted; and

2. Upon reconsideration, the order of the magistrate judge filed March 8, 2006, is affirmed.

DATED: 3/8/2007

_____
DAVID F. LEVI
United States District Judge