IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD GLASS,

    Plaintiff,                        No. CIV S-00-0302 DFL JFM P

    vs.

C.A. TERHUNE, et al.,

    Defendants.                  ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights complaint. Jury trial is presently set for May 7, 2007. On January 4, 2007, defendants were directed to provide the court with information sufficient to subpoena certain witnesses for trial. On February 20, 2007, defendants provided the information for Correctional Officer Rubio, but stated they have been unable to contact Dr. McRea. Defendants provided Dr. McRea's last known address: P.O. Box 24818, Oakland, California 94623. On March 7, 2007, plaintiff filed a reply in which he contends defendants have not made a good faith effort to locate Dr. McRea. Neither party has provided the court with sufficient information to locate Dr. McRea; there is no first name, date of birth or gender on record herein. However, because it appears Dr. McRea was employed by defendants, defendants should have this information as well as a medical license number that might assist defendants in locating a physical address for Dr. McRea to accomplish service of the

subpoena for trial.  Plaintiff's argument that defendants have benefit of the State of California Office of the Attorney General is well taken.

Accordingly, defendants will be directed to exercise all efforts to locate this witness, specifically, to locate Dr. McRea's full name, date of birth and medical license number and use that additional information to determine whether Dr. McRea is still practicing medicine.  If defendants are unable to locate Dr. McRea after obtaining this information, defendants shall provide the detailed information concerning Dr. McRea to the court, describe what efforts they exhausted in their attempt to locate Dr. McRea and advise the court of the date Dr. McRea left employment with the state of California.

IT IS HEREBY ORDERED that within fifteen days from the date of this order, defendants shall exercise all reasonable efforts to locate this witness, specifically, to locate Dr. McRea's full name, date of birth and medical license number and use that additional information to determine whether Dr. McRea is still practicing medicine.  If defendants are unable to locate Dr. McRea after obtaining this information, defendants shall provide the court with Dr. McRea's full name, date of birth and medical license number, describe what efforts they exhausted in their attempt to locate Dr. McRea, and advise the court the date Dr. McRea left employment with the State of California.

DATED:  March 12, 2007.

UNITED STATES MAGISTRATE JUDGE

/001; glas0302.fb3