IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DONALD GLASS,** | 2:00-cv-0302 DFL JFM P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO SUBMIT TRIAL DOCUMENTS AND REVISED SCHEDULING ORDER** |
| v. | |
| **C.A. TERHUNE, et al.,** | |
| Defendants. | |

The Court has considered defendants' request to amend pretrial dates. At present, the following dates are pending:

    April 13, 2007 - Exchange of Exhibits

    April 23, 2007 - Proposed Jury Instructions

    April 23, 2007 - Proposed Voir Dire

    April 27, 2007 - Objections to Proposed Exhibits

    April 30, 2007 - Motions in limine.

These deadlines were set when trial was scheduled for May 7, 2007. Jury trial was recently continued to September 24, 2007. Good cause appearing, defendants' request will be granted. The above deadlines will be reset as follows:

    1. Three weeks prior to trial the parties shall exchange exhibits.

/////

1

   2. Two weeks prior to trial the parties shall file proposed jury instructions, proposed and voir dire.

   3. Ten calendar days prior to trial, the parties shall file their objections to exhibits.

   4. One week prior to trial, the parties shall file motions in limine, if any.

Accordingly, IT IS HEREBY ORDERED that the pretrial dates are amended as follows:

   1. Three weeks prior to trial the parties shall exchange exhibits.

   2. Two weeks prior to trial the parties shall file proposed jury instructions, proposed and voir dire.

   3. Ten calendar days prior to trial, the parties shall file their objections to exhibits.

   4. One week prior to trial, the parties shall file motions in limine, if any.

DATED: April 6, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

/glas0302.dts