IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD GLASS,

    Plaintiff,                      No. CIV S-00-0302 DFL JFM P

    vs.

C.A. TERHUNE, et al.,

    Defendants.                 <u>ORDER</u>

                                /

          Plaintiff is a state prisoner proceeding pro se with a civil rights complaint pursuant to 42 U.S.C. § 1983. This matter is presently set for trial on September 24, 2007. On May 2, 2007, Richard J. Stanley, an inmate housed near plaintiff, wrote the court concerning certain events he witnessed on April 28, 2007. Mr. Stanley observed the following:

          Plaintiff was not provided his medications in the 8:00 a.m. medications delivery, but was told they would return with the needed medication. (<u>Id.</u> at 1.) At 11:00 a.m., plaintiff asked Mr. Stanley if he would call control and tell them "man down." (<u>Id.</u>) Mr. Stanley said he did and other inmates joined him in advising correctional officers that plaintiff required medical attention. (<u>Id.</u>) The correctional officers removed plaintiff from his cell and placed him in one of the cages in the rotunda. (<u>Id.</u>) At 12:00 p.m., Correctional Officers Oliver and Rickman and Correctional Sgt. Cano entered plaintiff's cell and removed all of his personal property including

1

his legal property, evidence, and legal books.  (Id.)  Correctional Lt. Ruiz came over to see how the removal of property was going.  (Id.)  Plaintiff was left with no means to file any kind of motion or inform the court of events that had happened.  (Id. at 2.)  Plaintiff does not have any writing paper, legal line paper, pen or any other means to write the court.  (Id. at 3.)

Normally, the court would disregard a filing by a nonparty.  Fed. R. Civ. P. 11(a)(all filings must be signed by party not represented by an attorney).  However, because Mr. Stanley personally witnessed the events, and observed plaintiff has no means necessary to contact the court, and this case is going to trial on September 24, 2007, the court will request defendants inquire as to the status of plaintiff's access to his legal materials and supplies necessary to prosecute the instant action.

Good cause appearing, IT IS HEREBY ORDERED that within thirty days from the date of this order, defendants shall file a declaration confirming that plaintiff has access to his legal materials and supplies.

DATED: June 4, 2007.

UNITED STATES MAGISTRATE JUDGE

/001; glass0302.fb