IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD GLASS,

    Plaintiff,                    No. CIV S-00-0302 JKS JFM P

    vs.

C.A. TERHUNE, et al.,

    Defendants.          <u>ORDER</u>

                              /

        Plaintiff has requested an extension of time to file and serve objections to the July 24, 2007 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's August 13, 2007 request for an extension of time is granted; and

        2. Plaintiff shall file and serve objections to the July 24, 2007 findings and recommendations on or before August 23, 2007.

DATED: August 16, 2007.

                              UNITED STATES MAGISTRATE JUDGE

/mp
glas0302.36