IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD GLASS,

        Plaintiff,               No.  CIV S-00-0302 JKS JFM P

      vs.

C.A. TERHUNE, et al.,

        Defendants.         <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding in propria persona and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983.  Jury trial is presently set for September 24, 2007.  In the final pretrial order, plaintiff was granted leave to call two unincarcerated witnesses, Correctional Officer Sgt. Rubio and Dr. McRae.  Dr. McRae's address for service has been provided *in camera* for the court's use.  (Docket No. 259.)  Officer Rubio's address for service was provided to plaintiff on February 20, 2007.  (Docket No. 253.)

        On May 27, 2003, plaintiff was advised of the requirements for calling witnesses to testify at trial.  Unless these witnesses have agreed to testify voluntarily, plaintiff was advised that he

> must tender an appropriate sum of money to the witness through the United States Marshal.  In the case of an unincarcerated witness, the appropriate sum of money is the daily witness fee of $40.00 <u>plus the witness' travel expenses</u>.

>       A subpoena will not be served by the United States Marshal upon an unincarcerated witness unless the subpoena is

1
2
3
4

> accompanied by a money order made payable to the witness for the full amount of the witness' travel expenses plus the daily witness fee of $40.00, and a copy of the court's order granting plaintiff in forma pauperis status.  Because no statute authorizes the use of public funds for these expenses in civil cases, the tendering of witness fees and travel expenses is required even if the party was granted leave to proceed in forma pauperis.

5   (May 27, 2003 Revised Scheduling Order at 4.)  In order to obtain unincarcerated witnesses'

6   testimony, plaintiff must submit a subpoena and the daily witness fee of $40.00 plus the witness'

7   travel expenses for each unincarcerated witness, along with a copy of the court's order granting

8   plaintiff in forma pauperis status.  Usually these are forwarded directly to the U.S. Marshal;

9   however, since one of the witnesses' address is confidential, plaintiff may forward these

10  documents to the court.  The court will insert the address for Dr. McRae and then forward the

11  documents to the U.S. Marshal.  Plaintiff is cautioned that failure to timely submit these

12  documents will result in the witnesses not appearing at trial.

13          Accordingly, IT IS HEREBY ORDERED that:

14          1.  The Clerk of the Court shall forward to plaintiff two subpoena forms; and

15          2.  Within ten days, plaintiff shall complete the subpoena forms for Dr. McRae

16  and Officer Rubio and return the forms, the witness fees and travel expenses (by money order

17  payable to each witness), and a copy of the order granting plaintiff in forma pauperis status

18  within ten days.

19  DATED:  August 23, 2007.

20
21                                      _____
                                        UNITED STATES MAGISTRATE JUDGE
22
23  /001;glas0302.sub2
24
25
26

2

1

2

3

4

5

6

7          IN THE UNITED STATES DISTRICT COURT

8          FOR THE EASTERN DISTRICT OF CALIFORNIA

9     DONALD GLASS,

10              Plaintiff,                          No.  CIV S-00-0302 JKS JFM P

11         vs.

12    C.A. TERHUNE, et al.,                         NOTICE OF SUBMISSION

13              Defendants.                         OF DOCUMENTS

14    _____/

15              Plaintiff hereby submits the following documents in compliance with the court's

16    order filed _____:

17              _____     completed subpoena forms

18              _____     money orders for witness fees & travel expenses

19              _____     May 10, 2000 order granting in forma pauperis status

20    DATED:

21

22                                            _____

23                                            Plaintiff

24

25

26

3