IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD GLASS,

    Plaintiff,                    No. CIV S-00-0302 JKS JFM P

    vs.

C.A. TERHUNE, et al.,

    Defendants.              ORDER

_____/

        Plaintiff is a state prisoner proceeding in propria persona and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. Jury trial is presently set for September 24, 2007. In the final pretrial order, plaintiff was granted leave to call inmate Vincent Hall, inmate #K-40762, as one of his rebuttal witnesses. However, CDC-R inmate locator advises that Mr. Hall paroled from state prison on May 6, 2006. Accordingly, no writ of habeas corpus ad testificandum is required to procure his testimony at trial. Plaintiff is cautioned that additional steps may be required on his part to ensure Mr. Hall's attendance at trial. See May 27, 2003 Revised Scheduling Order at 4. IT IS SO ORDERED.

DATED: August 24, 2007.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

/001;glas0302.wit