IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD GLASS,

    Plaintiff,                                 No.  CIV S-00-0302 JKS JFM P

    vs.

C.A. TERHUNE, et al.,

    Defendants.                          <u>ORDER</u>

/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On July 24, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  After receiving an extension of time, plaintiff filed objections to the findings and recommendations.

        The underlying motion was filed by nonparty Richard J. Stanley, who claimed plaintiff had no writing paper, legal line paper, pen, or other personal and legal materials as of April 28, 2007.  Plaintiff has now filed his own request concerning his access to legal materials, which the magistrate judge is addressing by separate order.  (Docket No. 270.)  The record also reflects that plaintiff has the ability to access the court.  (<u>See</u> Docket Nos. 269, 270 & 271.)

1

1. In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 24, 2007, are adopted in full; and

2. The May 2, 2007 filing by Richard J. Stanley is denied.

DATED: August 29, 2007

    s/ James K. Singleton, Jr
UNITED STATES DISTRICT JUDGE

/glas0302.805