IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD GLASS,

    Plaintiff,                                 No.  CIV S-00-0302 JKS JFM P

    vs.

C.A. TERHUNE, et al.,

    Defendants.                        <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding in propria persona and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has provided subpoena forms and witness fees for witnesses Correctional Officer Sgt. Rubio and Dr. McRae to attend the September 24, 2007 jury trial.  Because Dr. McRae's address was provided *in camera*, the return of service for the subpoena on Dr. McRae shall be filed under seal.

        Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to file the return of service for the trial subpoena on Dr. McRae under seal.

DATED: September 25, 2007.

                                              UNITED STATES MAGISTRATE JUDGE

/001;glas0302.seal

1