IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD GLASS,

    Plaintiff,                              No. CIV S-00-0302 JKS JFM P

    vs.

C.A. TERHUNE, et al.,                  <u>ORDER TO UNITED STATES MARSHAL</u>

    Defendants.

_____/

        Plaintiff has requested a court order requiring the United States Marshal to seek return of witness fees because the case settled prior to trial and no appearance at trial was required. The record reflects that a money order in the amount of $400.00 was paid to the United States Marshal for service on unincarcerated trial witnesses. (Docket No. 298.)

        Good cause appearing, plaintiff's request will be granted in part. A trial subpoena was served on Correctional Officer Rubio, along with $200.00 in witness fees. The United States Marshal will be directed to seek return of the $200.00 paid in witness fees to Correctional Officer Rubio at 1957 Parkside Drive, Suite 300, Concord, California 94519. Once these funds are returned to the United States Marshal, the United States Marshal shall return the $200.00 to plaintiff's sister, Michelle Franklin, who originally paid the witness fees for plaintiff, at the address below.

/////

1

1  Service of the trial subpoena on Dr. McRae, however, was not accomplished.
2  Thus, the United States Marshal should have the $200.00 witness fees on deposit.  The United
3  States Marshal will be directed to return the $200.00 payable to Michelle Franklin, 3142 W. 76th
4  Street, Los Angeles, California 90043 forthwith.
5  Good cause appearing, IT IS HEREBY ORDERED that:
6  1. Plaintiff's November 28, 2007 request for return of witness fees is partially
7  granted.
8  2. The United States Marshal shall forthwith seek return of the $200.00 paid as
9  witness fees to Correctional Officer Rubio at 1957 Parkside Drive, Suite 300, Concord,
10 California 94519.  Once these funds are returned to the United States Marshal, the United States
11 Marshal shall return the $200.00 to plaintiff's sister, Michelle Franklin, who originally paid the
12 witness fees for plaintiff, at the address below.
13 3. The United States Marshal shall forthwith return the $200.00, submitted as
14 witness fees for Dr. McRae, payable to Michelle Franklin, 3142 W. 76th Street, Los Angeles,
15 California 90043.
16 4. The Clerk of the Court is directed to serve a copy of this order on the United
17 States Marshal.
18 DATED:  November 30, 2007.

UNITED STATES MAGISTRATE JUDGE

/001; glas0302.ret